```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CESAR ZUNIGA,                                               :
                                   Petitioner               :
                                                            :     18 Civ. 5717 (LGS)
              -against-                                     :
                                                            :           ORDER
JAMIE LAMANA.                                               :
                                   Respondent.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2019

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Judge Cott issued, on August 30, 2019, a Report & Recommendation denying Petitioner's Petition for a Writ of Habeas Corpus and his request for a special master and an evidentiary hearing. Dkt No. 23;

WHEREAS, on September 10, 2019, Petitioner requested an extension of time to file an Objection to the Report & Recommendation. An Order dated September 12, 2019, granted Petitioner's request, setting the deadline to file an objection for November 12, 2019. The deadline to file a response to the objection was set for November 26, 2019. Dkt Nos. 24, 25;

WHEREAS, Petitioner filed his Objection to the Report & Recommendation. Dkt No. 26;

WHEREAS no response has been filed. It is hereby

**ORDERED** that any response to Petitioner's Objection shall be filed by December 18, 2019. If no response is filed by that date, the Objection will be construed as unopposed.

Dated: December 3, 2019
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE