USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CESAR ZUNIGA,
                   Petitioner

    -against-

JAMIE LAMANA.
                  Respondent.
-------------------------------------------------------------X

18 Civ. 5717 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 6, 2020, pro se Petitioner filed a letter stating a change of address to Woodbourne Correctional Facility, 99 Prison Road Box 1000, Woodbourne, N.Y. 12788-1000. ECF 32. It is hereby

**ORDERED** that all correspondence should be mailed to the new address.

The Clerk of Court is respectfully directed to mail the Orders at Docket Nos. 28 and 31 to the new address.

Dated: February 13, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE